UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARYLL LARENZO MASON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 06-0358 (RCL) |
| ) | |
| U.S. PAROLE COMMISSION, *et al.*, ) | |
| ) | |
| Respondents. ) | |

### ORDER DIRECTING RESPONDENTS TO SHOW CAUSE

It is this 6th day of March 2006, hereby

ORDERED that pursuant to 28 U.S.C. § 2243 the respondents, by counsel, shall, within twenty (20) days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service on petitioner's warden as well as the Attorney General for the District of Columbia and the United States Attorney for the District of Columbia.

_____s/_____
Royce C. Lamberth
United States District Judge