UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DARYLL LARENZO MASON, ) | |
| ) | |
| Petitioner ) | |
| ) | Civil Action No. 06-0358 (RCL) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES PAROLE COMM'N, ) | |
| et al., ) | |
| ) | |
| Respondents ) | |

U.S. PAROLE COMMISSION'S MOTION FOR AN EXTENSION OF TIME TO
RESPOND TO PETITION FOR WRIT OF HABEAS CORPUS

The United States Parole Commission, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests an extension of time of thirty days, to and including May 12, 2006, in which to respond to petitioner's petition for a writ of habeas corpus. Because defendant is pro se, we have not sought to contact him to learn his position on this motion.

This Office forwarded a copy of the petition to the U.S. Parole Commission, and has been in contact with the attorney there assigned. Additional time is needed for analysis of the petition, preparation of the government's response, and review before filing. In addition, counsel in this Office responsible for preparing the response has been obliged to argue two cases in the District of Columbia Court of Appeals, on March 28, 2006, and April 6, 2006, and is filing a response this week, in the Superior Court, to a

petition for a writ of habeas corpus in another matter.

This is the first motion for extension of time filed by the government in this matter; petitioner should not be unduly prejudiced.

WHEREFORE, the U.S. Parole Commission respectfully requests an extension of time, to and including May 12, 2006, in which to respond to petitioner's petition. A proposed order is attached.

>Respectfully submitted,
>
>KENNETH L. WAINSTEIN
>(D.C. Bar No. 451-058)
>United States Attorney
>
>ROBERT D. OKUN (D.C. Bar No. 457-078)
>Chief, Special Proceedings Section
>
>_____
>
>MARGARET J. CHRISS
>(D.C. Bar No. 452-403)
>THOMAS S. REES
>(D.C. Bar No. 358-962)
>Assistant United States Attorneys
>Special Proceedings Section
>555 Fourth Street, N.W., Tenth Floor
>Washington, D.C. 20530
>(202) 305-1845

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of April, 2006, a copy of the foregoing U.S. Parole Commission's motion for extension of time, along with a proposed order, was served on petitioner, pro se, first-class postage prepaid, at the following address:

>Mr. Daryll Larenzo Mason
>DC/DC 231-891
>Reg. No. 09497-007
>Correctional Corporation of America
>1901 E Street, S.E.
>Washington, D.C.

_____
MARGARET J. CHRISS
ASSISTANT UNITED STATES ATTORNEY