```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

DARYLL LARENZO MASON,            )
                                 )
    Petitioner                   )
                                 ) Civil Action No. 06-0358 (RCL)
                                 )
    v.                           )
                                 )
UNITED STATES PAROLE COMM'N,     )
et al.,                          )
                                 )
    Respondents                  )
_____)

## ORDER

This matter is currently before the Court on the U.S. Parole Commission's Motion For An Extension Of Time To Respond To Petition For Writ Of Habeas Corpus.

UPON CONSIDERATION of the submissions of the parties and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that the U.S. Parole Commission's Motion For An Extension Of Time is hereby granted.  And it is

FURTHER ORDERED that the U.S. Parole Commission's response to petitioner's petition for a writ of habeas corpuse shall be filed by May 12, 2006.

_____
The Honorable Royce C. Lamberth
United States District Judge

<u>copies to</u>:

Mr. Daryll Larenzo Mason
DC/DC 231-891
Reg. No. 09497-007
Correctional Corporation of America
1901 E Street, S.E.
Washington, D.C.

Margaret J. Chriss
Thomas S. Rees
Assistant United States Attorneys
United States Attorney's Office
Special Proceedings
555 4th Street, N.W. - 10TH Floor
Washington, D.C. 20530