UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
DARRYL MASON,                           )
                                        )
            Petitioner,                 )
                                        )
        v.                              )        Civil Action No. 06-0358 (RCL)
                                        )
U.S. PAROLE COMMISSION, *et al.,*       )
                                        )
            Respondents.                )
_____  )

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
RESPONDENTS JACQUELINE BANKS AND THE ATTORNEY GENERAL FOR THE
DISTRICT OF COLUMBIA'S RESPONSE TO THE COURT'S ORDER TO SHOW
CAUSE**

Respondents Jacqueline Banks, Acting Warden,[1] and the Attorney General for the

District of Columbia, by and through counsel, hereby respond to the Court's Order to Show

Cause, and states as follows.

**I. PRELIMINARY STATEMENT**

On February 27, 2006, petitioner filed a writ of habeas corpus against the United States

Parole Commission, and the Warden requesting a recalculation of his sentence and immediate

release because he was not given credit for all the time he spent on parole.  See Petition,

generally.

On March 20, 2006, this Court issued a Show Cause Order against Fred Figueroa, the

Attorney General for the District of Columbia, and the U.S. Parole Commission.  For the

_____

[1] Fred Figueroa is no longer the Warden at the Correction Corporation of America.  Although Fred Figueroa is
named as the party respondent, Jacqueline Banks, Acting Warden, is the proper party respondent and should be
substituted as such.  Fred Figueroa was not personally served with the Court's Order to Show Cause and has not
requested representation in this matter.

following reasons, the Court's Order to Show Cause should be dismissed as to respondent

Jacqueline Banks, and the Attorney General for the District of Columbia.

## II. ARGUMENT

The warden who has custody over petitioner is the proper party to respond to a petition

for habeas corpus. *See United States v. Wardell Crockett,* 861 A.2d 604 (D.C. 2004). As such,

the Court's Order to Show Cause should be summarily dismissed against the Attorney General

for the District of Columbia because he does not have custody over this petitioner. [2]

Under the National Capital Revitalization and Self-Government Improvement Act of 1997,

Pub. L. 105-33, 111 Stat. 251, 734, the United States Congress transferred responsibility for the

imprisonment of D.C. felons from the District of Columbia to the United States, and also

transferred the parole authority for such felons from the D.C. Board of Parole to the U.S. Parole

Commission. *See Crawford v. Jackson*, 323 F.3d 123, 125-126 (D.C. Cir. 2003). Acting Warden

Jacqueline Banks does not have statutory authority over the subject matter of petitioner's

grievance, i.e. parole revocation and sentence calculation. Therefore, she is unable to grant

petitioner the relief sought in his Petition.

The U.S. Parole Commission is already a named respondent in this action and has

received leave of Court to extend the time to respond to the allegations set forth in petitioner's

petition. Respondent Banks will defer to the U.S. Parole Commission's filing and requests that

this Court's Order to Show Cause against her be vacated, and petitioner's petition denied.

## CONCLUSION

Respondent Attorney General for the District of Columbia does not have custody or control

over petitioner's person. Although Jacqueline Banks is the Acting Warden, she does not have the

---

[2] Dismissal of this matter as to Fred Figueroa is appropriate since he does not have custody of petitioner, nor can he provided petitioner's requested relief.

authority to re-calculate petitioner's sentence. Accordingly, this Court's Order to Show Cause

should be dismissed with prejudice as to these respondents.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

_____/s/_____
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Memorandum of Points and Authorities in

Response to the Court's Order to Show Cause, and proposed Order was mailed, first class,

postage prepaid, this 13th day of April 2006, to:

Mr. Daryll Mason
DCDC # 231-891 (Reg. No. 09497-007)
Correction Corporation of America
1901 E Street, S.E.
Washington, D.C.  20003

_____/s/_____
LETICIA L. VALDES
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

DARRYL MASON,                                  )
                                               )
          Petitioner,                          )
                                               )
          v.                                   )          Civil Action No. 06-0358 (RCL)
                                               )
U.S. PAROLE COMMISSION, *et al.,*              )
                                               )
          Respondents.                         )
_____     )

## **ORDER**

Upon consideration of petitioner's Writ of habeas Corpus, this Court's Order to Show

Cause, and respondents Jacqueline Banks and the Attorney General for the District of

Columbia's Response to the Court's Order to Show Cause, it is this _____ day of

_____, 2006,

ORDERED:  that Petitioner's Writ of Habeas Corpus is denied, and it is,

FURTHER ORDERED:  that the Court's Order to Show Cause as to respondent Fred

Figueroa, Jacqueline Banks, and the Attorney General for the District of Columbia is hereby

dismissed with prejudice.

                                        _____
                                        U.S. DISTRICT COURT JUDGE

Mr. Daryll Mason
DCDC # 231-891 (Reg. No. 09497-007)
Correction Corporation of America
1901 E Street, S.E.
Washington, D.C.  20003