## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DARYLL LARENZO MASON**, <br>         Petitioner, <br><br>         v. <br><br> **UNITED STATES PAROLE COMM'N,** <br> **<u>et al.</u>,** <br>         **Respondents.** | * <br> * <br> *    **Civil No. 06-0358 (RCL)** <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

## AMENDED CERTIFICATE OF SERVICE

The United States Parole Commission, by and through its counsel, the United States Attorney for the District of Columbia, recently learned through receipt of returned mail on May 1, 2006, that the petitioner has been moved from Correction Corporation of America, 1901 "E" Street, S.E., Washington, D.C. 20003, to FCI Otisville, N.Y. Accordingly, the undersigned certifies that on May 4, 2006, he caused the returned mail (the service copy of USPC's April 12, 2006, motion for an

/ / /

/ / /

extension of time to respond to petition for writ of habeas corpus) to be resent via first class mail, postage prepaid, to petitioner at his new address as follows:

>Daryll Larenzo Mason
>DC/DC 231-891
>Reg. No. 09497-007
>FCI Otisville, New York
>P.O. Box 1000
>Otisville, N.Y. 10963

>Respectfully submitted,
>KENNETH L. WAINSTEIN
>United States Attorney
>D.C. Bar Number 451-058
>
>ROBERT D. OKUN
>Assistant United States Attorney
>Chief, Special Proceedings Section
>D.C. Bar Number 457-078
>
>/s/ Thomas S. Rees
>THOMAS S. REES
>Assistant United States Attorney
>D.C. Bar Number 358-962
>555 4th Street, N.W.
>Washington, D.C.  20530
>(202) 305-1845

**CERTIFICATE OF SERVICE**

      I hereby certify that this 12th day of May, 2006, I caused a copy of the foregoing Amended Certificate of Service to be served, via first-class mail, postage prepaid, as follows:

      Daryll Larenzo Mason
      DC/DC 231-891
      Reg. No. 09497-007
      FCI Otisville, New York
      P.O. Box 1000
      Otisville, N.Y. 10963

      /s/ Thomas S. Rees
      Thomas S. Rees
      Assistant United States Attorney