## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DARYLL L. MASON,                    *
      Petitioner,              *    Civil Action No. 06-0358 (RCL)
                                     *
   v.                                    *
                                       *
UNITED STATES OF AMERICA,            *
<u>et al.</u>,                                  *
       Respondents.            *

## <u>NOTICE OF APPEARANCE (SUBSTITUTION OF COUNSEL)</u>

The United States Parole Commission, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Thomas S. Rees is counsel of record on behalf of the United States in the above-captioned case.  AUSA Rees will substitute for AUSA Margaret Chriss as counsel of record for the United States Parole Commission..

                                     Respectfully submitted,

                                     KENNETH L. WAINSTEIN
                                     United States Attorney
                                     D.C. Bar Number 451-058

                                     ROBERT D. OKUN
                                     Assistant United States Attorney
                                     Chief, Special Proceedings Section
                                     D.C. Bar Number 457-078

                                     <u>/s/ Thomas S. Rees</u>
                                     Thomas S. Rees
                                     Assistant United States Attorney
                                     D.C. Bar Number 358-962
                                     555 4th Street, N.W.
                                     Special Proceedings Section (10th Floor)
                                     Washington, D.C.  20530
                                     (202) 305-1845

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this 16th day of May, 2006, I caused a copy of the foregoing Notice of Appearance (Substitution of Counsel) to be served via the U.S. District Court's Electronic Case Filing program upon the District of Columbia parties, and, on this same date, I caused a copy to be served via first class mail, postage prepaid, on:

> Mr. Daryll Larenzo Mason
> DC/DC 231-891
> Reg. No. 09497-007
> FCI Otisville, New York
> P.O. Box 1000
> Otisville, N.Y. 10963

> /s/ Thomas S. Rees
> Assistant U. S. Attorney

2