UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARYLL LARENZO MASON, ) | |
| ) | |
|     Petitioner ) | |
| ) | Civil Action No. 06-0358 (RCL) |
| ) | |
|     v. ) | |
| ) | |
| UNITED STATES PAROLE COMM'N, ) | |
| et al., ) | |
| ) | |
|     Respondents ) | |

  U.S. PAROLE COMMISSION'S MOTION FOR LEAVE TO FILE OUT OF TIME
    ITS OPPOSITION TO PETITION FOR WRIT OF HABEAS CORPUS

    The United States Parole Commission, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests leave of Court to file out of time its opposition to petitioner's petition for a writ of habeas corpus. Because defendant is pro se, we have not sought to contact him to learn his position on this motion.

    By leave of Court, the government's opposition to the petition for a writ of habeas corpus was due to be filed on Friday, May 12, 2006. Despite diligent attention to this deadline, additional time was needed to obtain a declaration from the Bureau of Prisons addressing petitioner's claims and to refine the presentation of the legal issues in the government's response. Petitioner should not be unduly prejudiced by the two additional working days that have elapsed in the meanwhile.

WHEREFORE, the U.S. Parole Commission respectfully seeks leave of Court to file out of time its opposition to petitioner's petition for a writ of habeas corpus, submitted herewith.  A proposed order is attached.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        (D.C. Bar No. 451-058)
        United States Attorney

        ROBERT D. OKUN (D.C. Bar No. 457-078)
        Chief, Special Proceedings Section

        /s/_____
        THOMAS S. REES
        (D.C. Bar No. 358-962)
        Assistant United States Attorneys
        Special Proceedings Section
        555 Fourth Street, N.W., Tenth Floor
        Washington, D.C. 20530
        (202) 305-1845

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of May, 2006, the foregoing U.S. Parole Commission's motion for leave of Court to file out of time its opposition to petitioner's petition for a writ of habeas corpus, along with a proposed order, was served via the Court's ECF system on the District of Columbia parties, and that a copy was served on petitioner, pro se, first-class postage prepaid, at the following address:

>Mr. Daryll Larenzo Mason
>DC/DC 231-891
>Reg. No. 09497-007
>FCI Otisville, New York
>P.O. Box 1000
>Otisville, N.Y. 10963

>/s/_____
>THOMAS S. REES
>ASSISTANT UNITED STATES ATTORNEY