UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARYLL LARENZO MASON, )<br>)<br>    Petitioner )<br>) Civil Action No. 06-0358 (RCL)<br>)<br>    v. )<br>)<br>UNITED STATES PAROLE COMM'N, )<br><u>et</u> <u>al.</u>, )<br>)<br>    Respondents )<br>_____ ) | |

<u>ORDER</u>

This matter is currently before the Court on the U.S. Parole Commission's Motion For Leave To File Out Of Time Its Opposition To Petition For A Writ Of Habeas Corpus.

UPON CONSIDERATION of the submissions of the parties and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that the U.S. Parole Commission's Motion For Leave To File is hereby granted.  And it is

FURTHER ORDERED that the U.S. Parole Commission's opposition to petitioner's petition for a writ of habeas corpus, submitted by the Commission on May 16, 2006, shall be filed.

_____
The Honorable Royce C. Lamberth
United States District Judge

<u>copies to</u>:

Mr. Daryll Larenzo Mason
DC/DC 231-891
Reg. No. 09497-007
FCI Otisville, New York
P.O. Box 1000
Otisville, N.Y. 10963

Thomas S. Rees
Assistant United States Attorneys
United States Attorney's Office
Special Proceedings
555 4th Street, N.W. - 10TH Floor
Washington, D.C. 20530