ATTACHMENT A

[DECLARATION OF AUGUSTUS FALLER]