IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DARRYL L. MASON,                )
                                )
    Petitioner,                 )
                                )
v.                              )   CIVIL ACTION NO. 1:06CV00358
                                )
                                )
U.S. PAROLE COMMISSION,         )
    et al.                      )
                                )
    Respondents.                )

**DECLARATION OF AUGUSTUS FALLER**

I, Augustus Faller, hereby declare and state the following:

1. I am currently employed by the Federal Bureau of Prisons as Operations Manager at the Designation and Sentence Computation Center in Grand Prairie, Texas. Before assuming my present position, I worked as the Manager of the DC Records Center. I have been employed by the Bureau of Prisons since August 1989. I have worked in the area of inmate sentence computation since August 1991. In my current position, I am responsible for the sentence computation of felons convicted in the District of Columbia Superior Court.

2. I have personally reviewed the computation of the District of Columbia Superior Court Sentence of inmate Darryl L. Mason, Register Number 09497-007, DCDC Number 231-891.

3. Petitioner was originally convicted in the Superior Court of the District of Columbia on the charge of Unlawful Distribution of a Controlled Substance(Cocaine), case # F-1903-88. He was

sentenced to a term of eighteen (18) months to fifty-four (54) months imprisonment on September 28, 1988. On August 8, 1989, Petitioner was sentenced to twenty (20) months to five (5) years for Unlawful Distribution of Cocaine (count "B") and Possession with Intent to Distribute Cocaine (count "C") concurrent to each count but consecutive to any other sentence; plus an additional one (1) year to three (3) years consecutive pursuant to 23 DC Code 1328 for case # F 10709-88. These two cases were aggregated together for a total term of one (1) year, thirty-eight (38) months to eight (8) years, fifty-four (54) months as per 24 DC Code 428; which states in part:

> **When 2 or more consecutive sentences are to be served, the aggregate of the several sentences shall be the basis upon which the good time credits shall be applied.**

While serving these terms, Petitioner was placed on escape status two (2) times; from January 11, 1992 until January 13, 1992 and August 20, 1993 until June 6, 1994 for a total of two hundred and ninety (290) days of inoperative time days.

4. On October 20, 1994, Petitioner was sentenced for Prison Breach in case # F 8729-94 to a term of four (4) to twelve (12) months. Because the Judgment is silent, the Bureau of Prisons treats this sentence as running consecutive to his other sentences, pursuant to 23 D.C. Code 112. Petitioner's new aggregated maximum term is eight (8) years, sixty-six (66) months as per 24 DC Code

428.

5. Petitioner was paroled from these sentences on June 19, 1995 with 2718 days remaining to serve. Petitioner's parole was revoked on May 23, 1998. Petitioner was paroled from this violator term on April 7, 1999 with 2398 days remaining to serve. Petitioner's parole was revoked on November 4, 1999. Petitioner was paroled from this violator term on March 30, 2001 with 1885 days remaining to serve. This period of parole was revoked on January 28, 2002. Petitioner was paroled on September 30, 2003 with 1276 days remaining to serve.

6. Petitioner's parole was revoked again on November 3, 2005. The United States Parole Commission denied Petitioner re-parole and ordered him to continue his sentence to the expiration of his maximum term. Petitioner's projected release date is July 10, 2008, via Mandatory Parole.

7. Attached hereto is the relevant Sentry printout that sets forth the computation of petitioner's sentences in this matter.

I declare under penalty of perjury and pursuant to Title 28, United States Code, Section 1746 that the above is true and correct to the best of my knowledge and belief.

Dated this ___16th___ day of May, 2006.

*[signature]*
Augustus Faller
Operations Manager
Designation and Computation Center