ATTACHMENT B

[Sentry printout for Daryll L. Mason]

Case 1:06-cv-00358-RCL    Document 10-6    Filed 05/16/2006    Page 1 of 7

```
  BOPG8              *       PUBLIC INFORMATION      *    05-15-2006
  PAGE 001           *          INMATE DATA          *    09:31:49
                           AS OF 05-15-2006

REGNO..: 09497-007  NAME: MASON, DARRYL L

                    RESP OF: OTV / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 845-386-6700   FAX: 845-386-6727
FBI NUMBER.: 268798JA7                      RACE/SEX...: BLACK / MALE
PROJ REL MT: MANDATORY PAROLE
PROJ REL DT: 07-10-2008                     PAR ELIG DT: COMMISSION
                                            PAR HEAR DT:
------------------------------- ADMIT/RELEASE HISTORY -------------------------------
FCL    ASSIGNMENT  DESCRIPTION                 START DATE/TIME  STOP DATE/TIME
OTV    A-DES       DESIGNATED, AT ASSIGNED FACIL  04-12-2006 1452  CURRENT
B01    RELEASE     RELEASED FROM IN-TRANSIT FACL  04-12-2006 1452  04-12-2006 1452
B01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 04-12-2006 1000  04-12-2006 1452
BRO    HLD REMOVE  HOLDOVER REMOVED               04-12-2006 1000  04-12-2006 1000
BRO    A-HLD       HOLDOVER, TEMPORARILY HOUSED   04-04-2006 1345  04-12-2006 1000
B01    RELEASE     RELEASED FROM IN-TRANSIT FACL  04-04-2006 1345  04-04-2006 1345
B01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 04-04-2006 0558  04-04-2006 1345
LEW    HLD REMOVE  HOLDOVER REMOVED               04-04-2006 0558  04-04-2006 0558
LEW    A-HLD       HOLDOVER, TEMPORARILY HOUSED   04-03-2006 1651  04-04-2006 0558
9-L    RELEASE     RELEASED FROM IN-TRANSIT FACL  04-03-2006 1651  04-03-2006 1651
9-L    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 03-23-2006 1541  04-03-2006 1651
DSC    ADMIN REL   ADMINISTRATIVE RELEASE         03-23-2006 1441  03-23-2006 1441
DSC    A-ADMIN     ADMINISTRATIVE ADMISSION       03-23-2006 1357  03-23-2006 1441
RIV    PAROLE      PAROLE FROM PAR COM OR CT      09-30-2003 1308  03-23-2006 1357
RIV    A-DES       DESIGNATED, AT ASSIGNED FACIL  03-20-2003 1342  09-30-2003 1308
B20    RELEASE     RELEASED FROM IN-TRANSIT FACL  03-20-2003 1342  03-20-2003 1342
B20    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 03-20-2003 1050  03-20-2003 1342
PEM    HLD REMOVE  HOLDOVER REMOVED               03-20-2003 1050  03-20-2003 1050
PEM    A-HLD       HOLDOVER, TEMPORARILY HOUSED   03-19-2003 1531  03-20-2003 1050
7-O    RELEASE     RELEASED FROM IN-TRANSIT FACL  03-19-2003 1531  03-19-2003 1531
7-O    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 03-19-2003 1500  03-19-2003 1531
CDC    TRANSFER    TRANSFER                       03-19-2003 1500  03-19-2003 1500
CDC    A-BOP HLD   HOLDOVER FOR INST TO INST TRF  02-11-2003 1340  03-19-2003 1500
O-X    RELEASE     RELEASED FROM IN-TRANSIT FACL  02-11-2003 1340  02-11-2003 1340
O-X    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 02-11-2003 1200  02-11-2003 1340
CDC    TRANSFER    TRANSFER                       02-11-2003 1200  02-11-2003 1200
CDC    A-DES       DESIGNATED, AT ASSIGNED FACIL  02-10-2003 2300  02-11-2003 1200
CDC    ESCAPE      ESCAPE                         02-07-2003 2030  02-10-2003 2300
CDC    A-DES       DESIGNATED, AT ASSIGNED FACIL  12-18-2002 1905  02-07-2003 2030
8-A    RELEASE     RELEASED FROM IN-TRANSIT FACL  12-18-2002 1905  12-18-2002 1905
8-A    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 12-18-2002 0450  12-18-2002 1905
RIV    FURL TRANS  FURL W/UNESCORTED TRF TO A CCC 12-18-2002 0450  12-18-2002 0450
RIV    A-DES       DESIGNATED, AT ASSIGNED FACIL  05-07-2002 1625  12-18-2002 0450
3-W    RELEASE     RELEASED FROM IN-TRANSIT FACL  05-07-2002 1625  05-07-2002 1625
3-W    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 05-01-2002 1353  05-07-2002 1625
MXR    ADMIN REL   ADMINISTRATIVE RELEASE         05-01-2002 1353  05-01-2002 1353


G0002     MORE PAGES TO FOLLOW . . .
```

```
 BOPC8                *         PUBLIC INFORMATION         *    05-15-2006
 PAGE 002             *            INMATE DATA             *    09:31:49
                              AS OF 05-15-2006

REGNO..: 09497-007 NAME: MASON, DARRYL L

                       RESP OF: OTV / DESIGNATED, AT ASSIGNED FACIL
                       PHONE..: 845-386-6700    FAX: 845-386-6727
MXR    A-DCOB       ADMIT TO D.C. OFFENDER BRANCH  05-01-2002 1040 05-01-2002 1153
BOP    DCOB REL     REL FROM D.C. OFFENDER BRANCH  03-21-2001 1059 05-01-2002 1040
BOP    A-DCOB       ADMIT TO D.C. OFFENDER BRANCH  04-13-2000 1509 03-21-2001 1059




G0002       MORE PAGES TO FOLLOW . . .
```

```
 BOPG8              *        PUBLIC INFORMATION       *      05-15-2006
PAGE 003            *           INMATE DATA           *      09:31:49
                              AS OF 05-15-2006

REGNO..: 09497-007 NAME: MASON, DARRYL L

                 RESP OF: OTV / DESIGNATED, AT ASSIGNED FACIL
                 PHONE..: 845-386-6700    FAX: 845-386-6727
PRE-RELEASE PREPARATION DATE: 04-04-2008

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 07-10-2008 VIA MAND PAR

------------------------CURRENT JUDGMENT/WARRANT NO: 020 ---------------------

COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F1903-88,F10709-88
JUDGE............................: HANNON
DATE SENTENCED/PROBATION IMPOSED.: 09-28-1988
DATE WARRANT ISSUED..............: 01-10-2005
DATE WARRANT EXECUTED............: 11-03-2005
DATE COMMITTED...................: 03-31-2006
HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:

RESTITUTION...: PROPERTY: NO   SERVICES: NO        AMOUNT: $00.00

-----------------------CURRENT OBLIGATION NO: 010 -----------------------------
OFFENSE CODE....: 620
OFF/CHG: DCC: UNLAWFUL DIST OF COCAINE, POSS W/INTENT TO DIST COCAINE,
         PRISON BREACH

 SENTENCE PROCEDURE..............: DC GTCA ADULT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    8 YEARS      66 MONTHS
 NEW SENTENCE IMPOSED............: 1276 DAYS
 BASIS FOR CHANGE................: PAROLE VIOLATOR WARRANT EXEC
 DATE OF OFFENSE.................: 02-24-1988




G0002       MORE PAGES TO FOLLOW . . .
```

```
BOP36              *        PUBLIC INFORMATION         *    05-15-2006
PAGE 004           *            INMATE DATA            *    09:31:49
                            AS OF 05-15-2006

REGNO..: 09497-007 NAME: MASON, DARRYL L

                  RESP OF: OTV / DESIGNATED, AT ASSIGNED FACIL
                  PHONE..: 845-386-6700    FAX: 845-386-6727
-----------------------------CURRENT COMPUTATION NO: 020 -----------------------

COMPUTATION 020 WAS LAST UPDATED ON 05-10-2006 AT DSC AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010

DATE COMPUTATION BEGAN............: 11-03-2005
TOTAL TERM IN EFFECT..............: 1276 DAYS
TOTAL TERM IN EFFECT CONVERTED..:     3 YEARS      5 MONTHS     29 DAYS
EARLIEST DATE OF OFFENSE..........: 02-24-1986

JAIL CREDIT.......................:    FROM DATE    THRU DATE
                                       11-01-2005   11-02-2005

TOTAL JAIL CREDIT TIME............: 2
TOTAL INOPERATIVE TIME............: 0
STATUTORY GOOD TIME RATE..........: 7
TOTAL SGT POSSIBLE................: 293
PAROLE ELIGIBILITY................: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE............: 07-10-2008
TWO THIRDS DATE...................: N/A
180 DAY DATE......................: N/A
EXPIRATION FULL TERM DATE.........: 04-29-2009

NEXT PAROLE HEARING DATE..........: UNKNOWN
TYPE OF HEARING...................: UNKNOWN

PROJECTED SATISFACTION DATE.......: 07-10-2008
PROJECTED SATISFACTION METHOD.....: MAND PAR




G0002       MORE PAGES TO FOLLOW . . .
```

```
BOPG8              *         PUBLIC INFORMATION          *      05-15-2006
PAGE 005           *            INMATE DATA              *      09:31:49
                             AS OF 05-15-2006

REGNO..: 09497-007 NAME: MASON, DARRYL L

                   RESP OF: OTV / DESIGNATED, AT ASSIGNED FACIL

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 09-30-2003 VIA PAROLE

-------------------------------PRIOR JUDGMENT/WARRANT NO: 010 -----------------
COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F10709-88B,C
JUDGE............................: HANNON
DATE SENTENCED/PROBATION IMPOSED.: 08-04-1989
DATE WARRANT ISSUED..............: 01-28-2002
DATE WARRANT EXECUTED............: 01-28-2002
DATE COMMITTED...................: 01-28-2002
HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:

RESTITUTION...: PROPERTY: NO   SERVICES: NO        AMOUNT: $00.00

-------------------------------PRIOR OBLIGATION NO: 010 -----------------------
OFFENSE CODE....: 620
OFF/CHG: DISTRIBUTION OF COCAINE, PRISON BREACH (DC PAROLE
         VIOLATOR)

 SENTENCE PROCEDURE..............: DC GTCA ADULT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:      8 YEARS      66 MONTHS
 NEW SENTENCE IMPOSED............: 1827 DAYS
 BASIS FOR CHANGE................: PAROLE VIOLATOR WARRANT EXEC
 DATE OF OFFENSE.................: 09-07-1988




G0002          MORE PAGES TO FOLLOW . . .
```

```
 HOPG8              *         PUBLIC INFORMATION         *      05-15-2006
PAGE 006 OF 006    *             INMATE DATA             *      09:31:49
                              AS OF 09-30-2003

   REGNO..: 09497-007  NAME: MASON, DARRYL L

                     RESP OF: OTV / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 845-386-6700    FAX: 845-386-6727
 -----------------------------PRIOR COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 09-30-2003 AT RIV AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010

DATE COMPUTATION BEGAN............: 01-28-2002
TOTAL TERM IN EFFECT..............: 1827 DAYS
TOTAL TERM IN EFFECT CONVERTED....:    5 YEARS      1 DAYS
EARLIEST DATE OF OFFENSE..........: 09-07-1988

INOPERATIVE TIME..........: REASON     FROM DATE     THRU DATE
                            ESCAPE     02-06-2003    02-09-2003

TOTAL JAIL CREDIT TIME............: 0
TOTAL INOPERATIVE TIME............: 2
STATUTORY GOOD TIME RATE..........: 8
TOTAL SGT POSSIBLE................: 480
PAROLE ELIGIBILITY................: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE............: 10-07-2005
TWO THIRDS DATE...................: N/A
180 DAY DATE......................: N/A
EXPIRATION FULL TERM DATE.........: 01-30-2007

PAROLE EFFECTIVE..................: 09-30-2003
PAROLE EFF VERIFICATION DATE......: 09-30-2003
NEXT PAROLE HEARING DATE..........: N/A
TYPE OF HEARING...................: PAROLE EFFECTIVE

ACTUAL SATISFACTION DATE..........: 09-30-2003
ACTUAL SATISFACTION METHOD........: PAROLE
ACTUAL SATISFACTION FACILITY......: RIV
ACTUAL SATISFACTION KEYED BY......: MPH

DAYS REMAINING....................: 1218
FINAL PUBLIC LAW DAYS.............: 0




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```