ATTACHMENT C

[D.C. Code § 24-428 ("Institutional good time.")]

ernment were replaced by the Council of the District of Columbia and the Office of Mayor of the District of Columbia, respectively. Accordingly, and also pursuant to § 714(a) of such Act (D.C. Code, § 1-213(a)), appropriate changes in terminology were made in this section.

## § 24-428. Institutional good time.

(a) Every person who is convicted of a violation of a District of Columbia ("District") criminal law by a court in the District of Columbia, imprisoned in a District correctional facility, and whose conduct is in conformity with all applicable institutional rules is entitled to institutional good time credits in accordance with the provisions of this section. Application of good time credits shall commence on the 1st day of the person's commitment to the custody of the Department of Corrections ("Department"), as follows:

 (1) Five days for each month, if the sentence is not less than 30 days and not more than 1 year.

 (2) Six days for each month, if the sentence is more than 1 year and less than 3 years.

 (3) Seven days for each month, if the sentence is not less than 3 years and less than 5 years.

 (4) Eight days for each month, if the sentence is not less than 5 years and less than 10 years.

 (5) Ten days for each month, if the sentence is 10 years or more.

 (6) When 2 or more consecutive sentences are to be served, the aggregate of the several sentences shall be the basis upon which the good time credits shall be applied.

(b) Good time credits authorized by the provisions of this section shall be applied to the person's minimum term of imprisonment to determine the date of eligibility for release on parole and to the person's maximum term of imprisonment to determine the date when release on parole becomes mandatory.

(c) Good time credits applied to the minimum term of imprisonment shall be computed solely on the basis of the minimum term of imprisonment. Good time credits applied to the maximum term of imprisonment shall be computed solely on the basis of the maximum term of imprisonment.

(d) Institutional good time credits under this section shall be applied without regard to the person's award of educational good time credits under § 24-429. (Apr. 11, 1987, D.C. Law 6-218, § 2, 34 DCR 484.)

**Legislative history of Law 6-218.** — Law 6-218 was introduced in Council and assigned Bill No. 6-505, which was referred to the Committee on Judiciary. The Bill was adopted on first and second readings on November 25, 1986 and December 16, 1986, respectively. Signed by the Mayor on January 8, 1987, it was assigned Act No. 6-253 and transmitted to both Houses of Congress for its review.

**Short title.** — The first section of D.C. Law 6-218 provided: "That this act may be cited as the 'District of Columbia Good Time Credits Act of 1986'."

**Delegation of authority pursuant to Law 6-218.** — See Mayor's Order 87-123, May 27, 1987.