May 15, 06

From: Daryll L Mason #09497-007

RE: Case Number 1:06CV00358
Judge: Royce C. Lamberth.

TO: Clerk of Court

This Letter is to notify the court that I am presently housed at a Federal Prison Facility. I am no Longer housed at C.T.F. 1901 E. St S.E.

Please forward all information concerning the above case to the Federal Bureau Prisons. Otisville N.Y. 10963. P.O Box 1000.

Respectfully Subm.

Daryll Mason.

FILED

MAY 22 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT