UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

DARRYL MASON,                            )
                                         )
                                         )
        Petitioner,                      )
                                         )
        v.                               )        Civil Action No. 06-0358 (RCL)
                                         )
U.S. PAROLE COMMISSION, *et al.,*        )
                                         )
        Respondents.                     )
_____  )

## <u>NOTICE OF FILING</u>

        The Clerk of Court please note that Jacqueline Banks, Acting Warden, and the

Attorney General for the District of Columbia's Response to the Court's Order to Show

Cause was mailed, postage prepaid, to Petitioner Darryl Mason at his new address at FCI,

P.O. Box 1000, Otisville, New York, on May 24, 2006.

                        Respectfully submitted,

                        ROBERT J. SPAGNOLETTI
                        Attorney General for the District of Columbia

                        GEORGE C. VALENTINE
                        Deputy Attorney General, Civil Litigation Division

                        ____/s/ Patricia A. Jones_____
                        PATRICIA A. JONES [428132]
                        Chief, General Litigation, Section IV

                        ____/s/ Leticia L. Valdes_____
                        LETICIA L. VALDES [0461327]
                        Assistant Attorney General
                        441 4th Street, N.W.
                        Sixth Floor South
                        Washington, D.C. 20001
                        (202) 442-9845; (202) 727-6295

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Notice of Filing was mailed, first

class, postage prepaid, this 24th day of May 2006, to:

Mr. Daryll Mason
DC/DC # 231-891
Reg. No. 09497-007
FCI, Otisville New York
P.O. Box 1000
Otisville, N.Y. 10963


          /s/ Leticia L. Valdes
LETICIA L. VALDES
Assistant Attorney General