UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                     )
DARYLL LARENZO MASON,                 )
                                                     )
            Petitioner,                            )
                                                     )
      v.                                              )    Civil Action No. 06-358 (RCL)
                                                     )
UNITED STATES PAROLE              )
COMMISSION, *et al.*,                      )
                                                     )
            Respondents.                        )
_____)

_____    ORDER

        The government has opposed petitioner's application for a writ of *habeas corpus*.

Because consideration of the opposition could result in dismissal of the case, petitioner will be

permitted time to respond with a memorandum of points and authorities and any supporting

documents.  *See* Local Civil Rule 7(b).  Petitioner must respond to the government's

opposition **within fourteen (14) days of the filing date of this Order**.  If he does not respond

within the time provided, the Court will treat the government's assertions as conceded and, if

the circumstances warrant, will summarily deny the habeas petition and dismiss the case.

        SO ORDERED.

                                    _____s/_____
                                    Royce C. Lamberth
                                    United States District Judge

Date: June 2, 2006