UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
DARYLL LARENZO MASON,                       )
                                            )
              Petitioner,                   )
                                            )
      v.                                    )    Civil Action No. 06-358 (RCL)
                                            )
UNITED STATES PAROLE                        )
COMMISSION, *et al.*,                       )
                                            )
              Respondents.                  )
_____)

ORDER

By Order of June 2, 2006, petitioner was given 14 days to respond to the United

States' opposition to his application for a writ of *habeas corpus*. Petitioner was advised that

his failure to respond could result in summary denial of the petition. Petitioner has neither

responded nor sought additional time to do so. The United States has explained to the Court's

satisfaction why petitioner is not entitled to the writ. *See* Dkt. No. 10, Attachment

(Opposition to Petition for a Writ of Habeas Corpus). Accordingly, it is

ORDERED that the Order to Show Cause [Dkt. No. 2] is DISCHARGED; it is

FURTHER ORDERED that, for the reasons asserted in the United States' opposition,

the petition for a writ of *habeas corpus* [Dkt. No. 1] is DENIED; and it is

FURTHER ORDERED that this case is DISMISSED. This is a final appealable

Order.

SO ORDERED.

_____s/_____
Royce C. Lamberth
United States District Judge

Date: June 30, 2006