UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DARYLL LARENZO MASON,
Petitioner,

V.

UNITED STATES PAROLE COMMISSION, ET.AL

Respondents

**Civil Action No. 06-358(RCL)**

MOTION TO ALTER OR AMEND JUDGEMENT

Comes now, Daryll Larenzo Mason, Petitioner, Acting herein Pro Se, and pursuant to federal rules of civil procedure, Rule 59 (e), 28 U.S.C., moves this honorable court to alter or amend its order dated June 30, 2006, which was filed on 7/05/2006.

Petitioner is asking further consideration from the court because of the problems and procedures that petitioner has experienced in communicating with the court from this federal institution here in Otisville, New York (NY). Petitioner received order from court notifying petitioner that he had 14 days to respond to the United States opposition to his application for a writ of habeas corpus whereby this order from the court was dated 06/02/2006. Exhibit A: Stamp special mail received June 09, 2006 FCI Otisville mailroom from USDC for the District of Columbia, 333 Constitution Avenue, N.W.

RECEIVED
JUL 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

On 06/22/2006 petitioner mailed his response to the parole commission opposition at stamproom here at FCI Otisville, response was mail certified mail. Exhibit B: Sales invoice dated 06/22/2006. The procedure here at FCI Otisville is that you pay postage from your inmate account and certified legal mail is left with the stamproom officer who places postage on mail then forwards mail to institution mailroom where it is logged in at mailroom stating when the mail was received and where mail is to be forwarded. Exhibit C: Copy from institution mailroom stating when mail was initially received and the address it was forwarded to however the institution stamproom officer Mr. Sanvik made a mistake and placed the wrong amount of stamps on the mail and it was returned to the institution by the US post office services. The stamproom officer Mr. Sanvik acknowledged the error and re-mailed the same Court documents on 06/27/2006. Exhibit D: Certified mail receipt dated 06/27/2006 from post office; mailroom receipt dated 06/27/2006 and a letter of explanation from officer Sanvik in support of what petitioner has stated in reference to mail delay. The results of this was a further delay in the Court receiving petitioners response because of institutional procedure and errors by institutional staff, there in fact was delays in petitioner receiving mail and a further delay in the Courts receiving mail from petitioner in a timely fashion. Through circumstances uncontrollable by petitioner is was further impossible to comply with Courts filing date order.

Petitioner respectfully requests that the mail box rule be applied pursuant to **Houston v. Lack 487 US 266, 1988.** On July 13, 2006 petitioner received special mail from FCI Otisville mailroom; Exhibit E: Its is from the Clerks Office USDC 333 Constitution Avenue, N.W. It refers to order 06/02/2006 14 days to respond to the United States opposition to his application for a writ of habeas corpus. It states that the petitioner has neither responded nor sought additional time to do so. This is dated June 30, 2006. It has a filed date of 07/05/2006. It took eight days from the time of filing until petitioner received mail here at FCI Otisville. Petitioner mailed his response to opposition on 06/22/2006. Date of invoice receipt for postage paid. It originally left the institution on 06/23/2006, date FCI Otisville mailroom forwarded mail to the post office, however because of delays petitioner could not control, it was delivered on July 03, 2006 to the Court. Exhibit F: United States Postal Service tracking/confirmation. Furthermore it took mail over ten days to reach DC Court from the time of mailing here in FCI Otisville, NY. I spoke with Court Docket Clerk Ms. Teresa on 07/14/2006 and she said mail is further screened for security reasons prior to her receiving mail, however she had not received mail from petitioner even after tracking/confirm verification on 07/03/2006 by Postal Service.

There is no mail service here at FCI Otisville on friday evenings and/or saturdays thus the mailing process to receive mail from Court has taken approximately 8 days and has taken 10 days to forward mail to the Court which has been verified through US Postal Service. Even after this 18 day period of mail travel it has been an additional 11 days and Court docket Clerk Ms. Teresa still has no record of receiving any mail from the petitioner specifically response to opposition. This further enhances the problem of keeping the 14 day response time. Moreover in light of the foregoing reasons set forth above, petitioner respectfully request this Court to grant his motion to alter and/or amend judgement of this Courts order dated June 30, 2006, entered on 07/05/2006, see, e.g., **Haines v. Kerner 404 U.S. 519, 520; 92 S. Ct. 594, 595; 30 L.Ed. 2d 652 (1972) (Percuriam);** and **Hughes v. Rome 449 U.S. 5, 9; 101 S. Ct. 173, 175; 66 L. Ed. 2d 163 (1980) (Percuriam).**

Furthermore for your Honors convenience of review see the attached previously submitted motion and/or evidence in response to the parole commissions opposition. Do note furthermore a copy was mailed on June 22, 2006 to the respondent Thomas S. Rees, Assistant U.S. Attorney, 555 4th Street, N.W., Special Proceeding Secton (10th Floor), Washington, D.C. 20530.

Respectfully Submitted,
Daryll Mason 09497-007
Daryll Mason, Pro Se
FCI Otisville.

end.

Exhibit A

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

SUBURBAN

WASHINGTON

JUN 01 '06

07 JUN 2006

PB METER 7127639

$0.39

U.S. POSTAGE

(22#6730 A

SPECIAL MAIL RECEIVED
JUN 7 2006
FCI OTISVILLE
MAIL ROOM

Date recieved

DARYLL LARENZO MASON
R09497-007
OTISVILLE FEDERAL BUREAU OF PRISONS
P.O. Box 1000
Otisville, NY 10963

10963X9999

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.35 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3. |

Postmark Here

Sent To Clerk of the Court United States District Court for the District of Columbia
Street, Apt. No.; or PO Box No. 333 Constitution Ave N.W.
City, State, ZIP+4 Washington DC 20001

PS Form 3800, June 2002 See Reverse for Instructions

7003 1010 0005 0940 8062



Exhibit C

Exhibit C

Exhibit C

OFFICER SANVIK/STAMP ROOM
FCI OTISVILLE
PO BOX 1000
OTISVILLE, NY 10963

July 17, 2006

**RE: DELAYED MAIL**

To whom it may concern,

I Officer Sanvik received certified legal mail from resident Daryll Mason on 06/22/2006 at stamp room. This mail was forwarded, however it was returned due to error in the amount of postage placed on the mail. This error was corrected by myself and remailed on 06/27/2006.

Any questions concerning this matter please contact Officer Sanvik at FCI Otisville Correctional Institution.

Thank you,

[signature]

Officer Sanvik/stamp room.

Exhibit E

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

~~202 216 7300~~

202 354 3120 | FX

SUBURBAN

PB METER 7127639 U.S. POSTAGE $0.39

SPECIAL MAIL RECEIVED
JUL 13 2006
FCI OTISVILLE MAIL ROOM

Date recieved

DARYLL LARENZO MASON
R09497-007
OTISVILLE FEDERAL BUREAU OF PRISONS
P.O. Box 1000
Otisville, NY 10963

tion

USPS - Track & Confirm Case 1:06-cv-00358-RCL Document 15 Filed 07/20/2006 Page 11 of 11 Page 1 of 1

Exhibit F

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 1010 0005 0940 8062**
Status: **Delivered**

Your item was delivered at 5:12 pm on July 03, 2006 in WASHINGTON, DC 20001.

Additional Details > Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services jobs National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do 7/14/2006