UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARYLL LARENZO MASON, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 06-358 (RCL) |
| UNITED STATES PAROLE COMMISSION, *et al.*, | ) |
| Respondents. | ) |

ORDER

By Order filed on July 5, 2006, the Court dismissed this case on respondents' uncontested opposition to the petition for a writ of *habeas corpus*. Petitioner moves to alter or amend the order to allow consideration of his response attached to the motion. Respondents have not opposed the motion. Finding good cause shown, it is

ORDERED that petitioner's Motion to Alter or Amend Judgment [Dkt. No. 15] is GRANTED; it is

FURTHER ORDERED that the Order of dismissal [Dkt. No. 14] is VACATED; it is

FURTHER ORDERED that, if they so choose, respondents have ten (10) days from the date of this Order to file a reply to petitioner's response; and it is

FURTHER ORDERED that the Clerk shall detach petitioner's response from the motion and file it separately.

SO ORDERED.

_____s/_____
Royce C. Lamberth
United States District Judge

Date: August 10, 2006