UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA


DARYLL LARENZO MASON,              )
                                   )
     Petitioner                    )
                                   ) Civil Action No. 06-0358 (RCL)
                                   )
     v.                            )
                                   )
UNITED STATES PAROLE COMM'N,       )
et al.,                            )
                                   )
     Respondents                   )
_____)

       U.S. PAROLE COMMISSION'S MOTION FOR AN EXTENSION OF TIME TO
              <u>FILE A REPLY TO PETITIONER'S RESPONSE</u>

     The United States Parole Commission, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests an extension of time, to and including September 25, 2006, in which to reply to petitioner's response to the Commission's opposition to his petition for a writ of habeas corpus.  Because petitioner is incarcerated, we have not sought to contact him to learn his position on this motion.

     On July 5, 2006, this Court dismissed this case on the U.S. Parole Commission's May 16, 2006 Opposition.  Petitioner moved to alter or amend the order to allow consideration of his response attached to that motion.  On August 10, 2006, the Court granted petitioner's unopposed motion, giving the U.S. Parole Commission ten days from the date of that Order in which to reply to petitioner's response.

Upon receipt of the Court's August 10, 2006 Order, petitioner's response was forwarded to the relevant agency program office. Meanwhile, undersigned counsel has been obliged to devote time to preparation of an opposition to a § 23-110 motion filed prior to the filing of the petition herein, and to preparation of an opposition to a habeas corpus petition in another matter. In addition, the undersigned will be away from the jurisdiction next week, and is obliged to file responses in two other cases within ten days of his return. Petitioner should not be unduly prejudiced by this relatively brief extension.

WHEREFORE, the U.S. Parole Commission respectfully requests an extension of time, to and including September 25, 2006, in which to reply to petitioner's response. A proposed order is attached.

Respectfully submitted,

KENNETH L. WAINSTEIN
(D.C. Bar No. 451-058)
United States Attorney

ROBERT D. OKUN (D.C. Bar No. 457-078)
Chief, Special Proceedings Section

/s/ Thomas S. Rees
THOMAS S. REES
(D.C. Bar No. 358-962)
Assistant United States Attorney
Special Proceedings Section
555 Fourth Street, N.W., Tenth Floor
Washington, D.C. 20530
(202) 305-1845

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of August, 2006, a copy of the foregoing U.S. Parole Commission's motion for extension of time, along with a proposed order, was served on petitioner, <u>pro se</u>, first-class postage prepaid, at the following address:

>Mr. Daryll Larenzo Mason
>DC/DC 231-891
>Reg. No. 09497-007
>FCI Otisville, New York
>P.O. Box 1000
>Otisville, N.Y. 10963

>/s/ Thomas S. Rees
>Thomas S. Rees
>ASSISTANT UNITED STATES ATTORNEY