UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARYLL LARENZO MASON, | ) |
| | ) |
|     Petitioner | ) |
| | ) Civil Action No. 06-0358 (RCL) |
|     v. | ) |
| | ) |
| UNITED STATES PAROLE COMM'N, | ) |
| et al., | ) |
| | ) |
|     Respondents | ) |

ORDER

This matter is currently before the Court on the U.S. Parole Commission's Motion For An Extension Of Time To File A Reply To Petitioner's Response.

UPON CONSIDERATION of the submissions of the parties and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that the U.S. Parole Commission's Motion For An Extension Of Time To File A Reply To Petitioner's Response is hereby granted.  And it is

FURTHER ORDERED that the U.S. Parole Commission's reply to petitioner's response to the Commission's opposition shall be filed by September 25, 2006.

_____
The Honorable Royce C. Lamberth
United States District Judge

<u>copies to</u>:

Thomas S. Rees
Assistant United States Attorneys
United States Attorney's Office
Special Proceedings
555 4th Street, N.W. - 10TH Floor
Washington, D.C. 20530

Mr. Daryll Larenzo Mason
DC/DC 231-891
Reg. No. 09497-007
FCI Otisville, New York
P.O. Box 1000
Otisville, N.Y. 10963