ATTACHMENT A

[September 25, 2006 Declaration of Augustus Faller]

<u>Daryll Larenzo Mason v. U.S.P.C.</u>,
Civ. No. 06-0358 (RCL)