ATTACHMENT B

[June 13, 2006 Notice of Action on Appeal]

Daryll Larenzo Mason v. U.S.P.C.,
Civ. No. 06-0358 (RCL)
