September 29, 2006

Daryll Mason   Reg. No. 09497-007
F.C.I. Otisville N.Y.
P.O. Box 1000    Unit F-A

To: Clerk Of The Court
United States District Court
For the District Of Columbia
        U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C.  20001

Re: Daryll Mason vs Parole Commission Of U.S.
Civil Action No.    06-0358  (RCL)

Under rule 6 of Federal Rules Of Civil Procedures I am requesting an opportunity to respond to U.S. Parole Commission's Reply that has a file date of 9-25-2006. I disagree with several things stated in response. Please allow me 20 days to respond to their reply.

Respectfully Submitted

Daryll Mason

Daryll L Mason

CC: U.S. Parole Commission,
    Thomas S. Rees A.U.S.A.

**RECEIVED**

OCT 4 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT