UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARYLL LARENZO MASON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 06-358 (RCL) |
| | ) |
| UNITED STATES PAROLE COMMISSION, *et al.*, | ) |
| | ) |
| Respondents. | ) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that the application for a writ of *habeas corpus* [Dkt. No. 1] is DENIED; and it is

FURTHER ORDERED that this case is DISMISSED. This is a final appealable Order.

                                                    _____s/_____
                                                    Royce C. Lamberth
                                                    United States District Judge

Date: November 21, 2006