UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARYLL LARENZO MASON, | ) |
| | ) |
|     Petitioner | ) |
| | ) Civil Action No. 06-0358 (RCL) |
| | ) |
|     v. | ) |
| | ) |
| UNITED STATES PAROLE COMM'N, | ) |
| et al., | ) |
| | ) |
|     Respondents | ) |

<u>U.S. PAROLE COMMISSION'S MOTION TO CORRECT MEMORANDUM OPINION</u>

    The United States Parole Commission, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court to correct its November 21, 2006 Memorandum Opinion ("Mem. Op."), as follows.

    At page 1, the Mem. Op. recites that the Superior Court sentenced petitioner to a prison term of "18 to 24 months" for distribution of cocaine in Case No. "F-1903-98." Instead, the Superior Court sentenced petitioner to a term of 18 to 54 months in Case F-1903-88. See September 25, 2006 Declaration of Augustus Faller (Dkt. No. 18 Attachment) ¶ 4. Accordingly, the U.S. Parole

Commission respectfully requests that the Court amend its Mem. Op. in these two respects.

WHEREFORE, the U.S. Parole Commission respectfully requests that the Court amend its November 21, 2006 Memorandum Opinion. A proposed order is attached.

                                              Respectfully submitted,

                                              JEFFREY L. TAYLOR
                                              (D.C. Bar No. 498-610)
                                              United States Attorney

                                              ROBERT D. OKUN (D.C. Bar No. 457-078)
                                              Chief, Special Proceedings Section

                                              _____

                                              THOMAS S. REES
                                              (D.C. Bar No. 358-962)
                                              Assistant United States Attorneys
                                              Special Proceedings Division
                                              555 Fourth Street, N.W., Tenth Floor
                                              Washington, D.C. 20530
                                              (202) 305-1845

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of November, 2006, the foregoing U.S. Parole Commission's Motion To Correct Memorandum Opinion, along with a proposed order, was served via the Court's ECF system on the District of Columbia parties, and that a copy was served on petitioner, <u>pro</u> <u>se</u>, first-class postage prepaid, at the following address:

>Mr. Daryll Larenzo Mason
>DC/DC 231-891
>Reg. No. 09497-007
>FCI Otisville, New York
>P.O. Box 1000
>Otisville, N.Y. 10963

_____
THOMAS S. REES
ASSISTANT UNITED STATES ATTORNEY