```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

DARYLL LARENZO MASON,           )
                                )
    Petitioner              )
                                )  Civil Action No. 06-0358 (RCL)
                                )
    v.                      )
                                )
UNITED STATES PAROLE COMM'N,    )
et al.,                         )
                                )
    Respondents             )
_____)

### ORDER

This matter is currently before the Court on the U.S. Parole Commission's Motion To Correct Memorandum Opinion.

UPON CONSIDERATION of the submissions of the parties and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that the U.S. Parole Commission's Motion To Correct Memorandum Opinion is hereby granted.  And it is

FURTHER ORDERED that the first sentence on page one of the Court's November 21, 2006 Memorandum Opinion under the heading "I. Background" shall be and hereby is struck in its entirety, and that the sentence shall read instead:

> On September 28, 1988, the Superior Court of the District of Columbia sentenced petitioner to a prison term of 18 to 54 months for distribution of cocaine (Case No. F-1903-88).

 

_____
The Honorable Royce C. Lamberth
United States District Judge

<u>copies to</u>:

Mr. Daryll Larenzo Mason
DC/DC 231-891
Reg. No. 09497-007
FCI Otisville, New York
P.O. Box 1000
Otisville, N.Y. 10963

Thomas S. Rees
Assistant United States Attorney
United States Attorney's Office
Special Proceedings
555 4th Street, N.W. - 10TH Floor
Washington, D.C. 20530