UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DARYLL L. MASON
    Petitioner,

v

U.S. PAROLE COMMISSION,
  et al.
    Respondents.

Civil Action No. 06-0358 (RCL)

To: The Clerk Of The Court:

### NOTICE OF APPEAL

    I the petitioner Daryll L. Mason hereby formally petitions the Court to be heard in matter stated above.

    I Daryll L.Mason, also formally request the required documents for filing a formal appeal be forward to me as expeditiously as possible.

    Through institutional movement and neglect the courts finale orders were misplaced or lost. I need the final disposition papers from the civil action no. 06-0358(RCL). The case was dispositioned on 11/21/06 by Judge R.C. Lamberth, District Court Judge, Washington, DC.

    P.S. I am nearing the 60 day time limit for filing my appeal. Please consider this letter as notifing the court of my intention to appeal.

    I do sincerely thank you in advance for your time and assistance in this urgent matter. Please forward a copy of this letter to Judge R.C. Lamberth.

Respectfully Submitted,

*Daryll L. Mason*  12-15-06
Mr. Daryll larenzo Mason
DC/DC 231-891
Reg. No. 09497-007
FCI Otisville, New York
P.O. Box 1000
Otisville, N.Y.   10963

**RECEIVED**
DEC 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT